PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
053L 2:17CR00113-001

DOCKET NUMBER *(Rec. Court)*
18-CR-125-JWD-RLB

RECEIVED
SEP 27 2018
U.S. PROBATION OFFICE
MIDDLE DISTRICT OF LOUISIANA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Roberts | Louisiana Eastern | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Lance M. Africk | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/21/2017 | TO 12/20/2022 |

**OFFENSE**
49 U.S.C. §§ 46317(a)(1), Operating as an Airman without an Airman Certificate

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Louisiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Louisiana___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_9-26-18_   _[signature]_
Date       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Louisiana___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-9-18_   _[signature]_
Effective Date       United States District Judge

- Query
- Reports
- Utilities
- Logout

CLOSED,SINGLE

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:17-cr-00113-LMA-MBN-1

Case title: USA v. Roberts  
Magistrate judge case number: 2:17-mj-00056-LMA-MBN

Date Filed: 06/19/2017  
Date Terminated: 12/21/2017

Assigned to: Judge Lance M Africk  
Referred to: Magistrate Judge Michael North

**Defendant (1)**

**Christopher Karl Roberts**  
*TERMINATED: 12/21/2017*

represented by **Claude J. Kelly**  
Federal Public Defender's Office  
Hale Boggs Federal Building  
500 Poydras Street  
Room 318  
New Orleans, LA 70130  
504-589-7939  
Email: claude_kelly@fd.org  
*TERMINATED: 05/31/2017*  
*LEAD ATTORNEY*  
*Designation: Public Defender Appointment*

**Gary V. Schwabe , Jr.**  
Federal Public Defender (New Orleans)  
Hale Boggs Federal Building  
500 Poydras St.  
Room 318  
New Orleans, LA 70130  
504-589-7930  
Email: gary_schwabe@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

**Pending Counts**

**Disposition**

| | |
|---|---|
| 49:46317(a)(1)KNOWINGLY AND WILLFULLY SERVED AND ATTEMPTED TO SERVE AS AN AIRMAN WITHOUT AN AIRMAN'S CERTIFICATE<br>(2) | Sentenced 12/21/2017. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 49:46317(a)(1)KNOWINGLY AND WILLFULLY SERVED AND ATTEMPTED TO SERVE AS AN AIRMAN WITHOUT AN AIRMAN'S CERTIFICATE<br>(1) | Dismissed 12/21/2017. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 49:46306(b)(7) and 46317(a)(1) KNOWINGLY AND WILLFULLY SERVES OR ATTEMPTS TO SERVE IN ANY CAPACITY AS AN AIRMAN WITHOUT AN AIRMAN'S CERTIFICATE AUTHORIZING THE INDIVIDUAL TO SERVE IN THAT CAPACITY | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dall Kammer**<br>U. S. Attorney's Office (New Orleans)<br>650 Poydras St.<br>Suite 1600<br>New Orleans, LA 70130<br>504-680-3168<br>Email: dall.kammer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Mimi Tuong Nguyen**<br>U. S. Attorney's Office (New Orleans) |

650 Poydras St.
Suite 1600
New Orleans, LA 70130
504-680-3076
Email: mimi.nguyen@usdoj.gov
*TERMINATED: 03/07/2018*
*LEAD ATTORNEY*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2017 | 1 | COMPLAINT signed by Magistrate Judge Joseph C. Wilkinson, Jr as to Christopher Karl Roberts (1). (Attachments: # 1 Criminal Magistrate Case Sheet) (tbl) [2:17-mj-00056-LMA-MBN] (Entered: 05/19/2017) |
| 05/26/2017 | 3 | Rule 5(c)(3) Documents Received as to Christopher Karl Roberts from Southern District of Florida (Attachments: # 1 Papers from other district)(lag) [2:17-mj-00056-LMA-MBN] (Entered: 05/26/2017) |
| 05/31/2017 | 5 | PRETRIAL BAIL REPORT as to Christopher Karl Roberts. NOTE: The attached document will only be accessible to the criminal duty judge for bail determination proceedings. After the proceedings are completed, only Probation will have access. (Attachments: # 1 Bail Report)(Robert, Cheryl) [2:17-mj-00056-LMA-MBN] (Entered: 05/31/2017) |
| 05/31/2017 | 6 | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby:Initial Appearance as to Christopher Karl Roberts held on 5/31/2017. Appearance entered by Gary V. Schwabe, Jr for Christopher Karl Roberts. Defendant released on bond set in Southern District of Florida. (Court Reporter Crim Mag.) (tbl) [2:17-mj-00056-LMA-MBN] (Entered: 06/01/2017) |
| 05/31/2017 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Christopher Karl Roberts. Claude J. Kelly for Christopher Karl Roberts appointed. Signed by Magistrate Judge Karen Wells Roby on 5/31/2017. (tbl) [2:17-mj-00056-LMA-MBN] (Entered: 06/01/2017) |
| 05/31/2017 | 8 | CJA 23 Financial Affidavit by Christopher Karl Roberts (tbl) [2:17-mj-00056-LMA-MBN] (Entered: 06/01/2017) |
| 05/31/2017 | 9 | WAIVER of Preliminary Examination or Hearing by Christopher Karl Roberts (tbl) [2:17-mj-00056-LMA-MBN] (Entered: 06/01/2017) |
| 06/14/2017 | 10 | EXPARTE/CONSENT MOTION to Modify Conditions of Release *Modify Bond Conditions* by Christopher Karl Roberts. (Attachments: # 1 Proposed Order)(Schwabe, Gary) [2:17-mj-00056-LMA-MBN] (Entered: 06/14/2017) |
| 06/15/2017 | 11 | ORDER granting 10 Motion to Modify Conditions of Release as to Christopher Karl Roberts (1). Bond is amended as set forth herein. Signed by Judge Lance M Africk on 6/15/2017. (tbl) [2:17-mj-00056-LMA-MBN] (Entered: 06/15/2017) |
| 06/19/2017 | 12 | INFORMATION (Felony) as to Christopher Karl Roberts (1) count(s) 1-2. (Attachments: # 1 Criminal Defendant Information Sheet, # 2 Criminal Magistrate Case Sheet) (ajn) (Entered: 06/21/2017) |

| | | |
|---|---|---|
| 06/19/2017 | 13 | EXPARTE/CONSENT MOTION for Issuance of Summons by USA as to Christopher Karl Roberts. Motion(s) referred to Duty Magistrate. (ajn) (CC: USM and Crim Mag.) (Entered: 06/21/2017) |
| 06/20/2017 | 14 | ORDER granting 13 Motion for Issuance of Summons as to Christopher Karl Roberts (1). Initial Appearance and Arraignment set for 6/29/2017 02:00 PM before Duty Magistrate. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 6/20/2017. (ajn) (CC: USM and Crim Mag.) (Entered: 06/21/2017) |
| 06/26/2017 | 16 | NOTICE OF HEARING as to Christopher Karl Roberts. Arraignment set for 6/29/2017 02:00 PM before Duty Magistrate. (blg) (Entered: 06/26/2017) |
| 06/29/2017 | 18 | Minute Entry for proceedings held before Magistrate Judge Janis van Meerveld: Arraignment as to Christopher Karl Roberts (1) Count 1-2 held on 6/29/2017. Defendant released on original bond. Pretrial Conference set for 7/27/2017 at 3:00 PM before Judge Lance M Africk. Jury Trial set for 8/21/2017 at 8:30 AM before Judge Lance M Africk. (Court Reporter Magistrate Clerical.) (bwn) (Entered: 06/30/2017) |
| 06/29/2017 | 19 | WAIVER OF INDICTMENT by Christopher Karl Roberts. (bwn) (Entered: 06/30/2017) |
| 07/03/2017 | 20 | NOTICE OF HEARING as to Christopher Karl Roberts. Jury Trial set for 8/21/2017 08:30 AM before Judge Lance M Africk. Pretrial Conference set for 7/27/2017 03:00 PM before Judge Lance M Africk. (blg) (Entered: 07/03/2017) |
| 07/06/2017 | 21 | ORDER as to Christopher Karl Roberts: Pretrial Conference RESET for 8/10/2017 04:00 PM before Judge Lance M Africk. Signed by Judge Lance M Africk on 7/6/2017. (blg) (Entered: 07/06/2017) |
| 07/06/2017 | 22 | NOTICE OF HEARING as to Christopher Karl Roberts. Rearraignment set for 8/10/2017 02:00 PM before Judge Lance M Africk. (blg) (Entered: 07/06/2017) |
| 08/09/2017 | 24 | RELEASE STATUS REPORT PLEA as to Christopher Karl Roberts. NOTE: This document will only be accessible to the District Judge. It may be shared with the U.S. Attorney's Office and defense counsel but should not leave the courtroom. Other defendants in this case and the general public will NOT be able to view this document. Any attachments will only be accessible to the District Judge. (Attachments: # 1 Bond report)(Robert, Cheryl) (Entered: 08/09/2017) |
| 08/10/2017 | 25 | Minute Entry for proceedings held before Judge Lance M Africk: Rearraignment for Christopher Karl Roberts (1) Count 2 held on 8/10/2017. Sentencing set for 11/2/2017 02:00 PM before Judge Lance M Africk. Defendant released on previous bond. (Court Reporter Karen Ibos.) (blg) (Entered: 08/10/2017) |
| 08/10/2017 | 26 | PLEA AGREEMENT by USA as to Christopher Karl Roberts. (blg) (Additional attachment(s) added on 8/10/2017: # 1 SEALED - Exhibit A) (blg). (Entered: 08/10/2017) |
| 08/10/2017 | 27 | Factual Basis by USA as to Christopher Karl Roberts. (blg) (Entered: 08/10/2017) |
| 08/10/2017 | 28 | NOTICE OF HEARING as to Christopher Karl Roberts. Sentencing set for 11/2/2017 02:00 PM before Judge Lance M Africk. (blg) (Entered: 08/10/2017) |
| 08/11/2017 | 29 | EXPARTE/CONSENT MOTION to Continue *Trial* by USA as to Christopher Karl Roberts. (Attachments: # 1 Proposed Order)(Nguyen, Mimi) (Entered: 08/11/2017) |

| | | |
|---|---|---|
| 08/15/2017 | 30 | ORDER as to Christopher Karl Roberts: ORDERED that the 29 MOTION to Continue *Trial* is DISMISSED as moot. Signed by Judge Lance M Africk on 8/15/2017. (blg) (Entered: 08/15/2017) |
| 10/06/2017 | 31 | EXPARTE/CONSENT MOTION, PROBATION CONTINUANCE REQUEST as to Christopher Karl Roberts. NOTE: This document will only be accessible to the District Judge. (Coleman, Tracy) (Entered: 10/06/2017) |
| 10/10/2017 | 32 | ORDER granting 31 Probation Continurance Request as to Christopher Karl Roberts (1); Sentencing in this matter is CONTINUED to 11/30/2017 at 2:00 p.m. Signed by Judge Lance M Africk on 10/10/2017. (blg) (Entered: 10/10/2017) |
| 10/11/2017 | 33 | RE-NOTICE OF HEARING as to Christopher Karl Roberts. Sentencing reset for 11/30/2017 02:00 PM before Judge Lance M Africk. (blg) (Entered: 10/11/2017) |
| 10/26/2017 | 34 | DRAFT PRESENTENCE INVESTIGATION REPORT as to Christopher Karl Roberts. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. Parties should submit objections not more than 14 days after the initial disclosure of the presentencing report. (Coleman, Tracy) (Entered: 10/26/2017) |
| 11/20/2017 | 35 | ORDER as to Christopher Karl Roberts: Sentencing RESET for 12/14/2017 02:00 PM before Judge Lance M Africk. Signed by Judge Lance M Africk on 11/20/2017. (blg) (Entered: 11/20/2017) |
| 11/20/2017 | 36 | RE-NOTICE OF HEARING as to Christopher Karl Roberts. Sentencing reset for 12/14/2017 02:00 PM before Judge Lance M Africk. (blg) (Entered: 11/20/2017) |
| 11/21/2017 | 37 | FINAL PRESENTENCE INVESTIGATION REPORT as to Christopher Karl Roberts. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Coleman, Tracy) (Entered: 11/21/2017) |
| 11/21/2017 | 38 | SENTENCING RECOMMENDATION as to Christopher Karl Roberts. NOTE: This document will only be accessible to the District Judge. (Attachments: # 1 Surrender Order)(Coleman, Tracy) (Entered: 11/21/2017) |
| 11/29/2017 | 39 | RELEASE STATUS REPORT SENTENCING as to Christopher Karl Roberts. NOTE: This document will only be accessible to the District Judge. It may be shared with the U.S. Attorney's Office and defense counsel but should not leave the courtroom. Other defendants in this case and the general public will NOT be able to view this document. Any attachments will only be accessible to the District Judge. (Robert, Cheryl) (Entered: 11/29/2017) |
| 12/04/2017 | 40 | ORDER as to Christopher Karl Roberts: Sentencing RESET for 12/21/2017 10:00 AM before Judge Lance M Africk. Signed by Judge Lance M Africk on 12/4/2017. (blg) (Entered: 12/04/2017) |
| 12/04/2017 | 41 | RE-NOTICE OF HEARING as to Christopher Karl Roberts. Sentencing reset for 12/21/2017 10:00 AM before Judge Lance M Africk. (blg) (Entered: 12/04/2017) |
| 12/19/2017 | 42 | ORDER as to Christopher Karl Roberts: this Court is considering an upward variance for the reasons set forth in Title 18 U.S.C. 3553(a). Signed by Judge Lance M Africk |

| | | |
|---|---|---|
| | | on 12/19/2017. (blg) (Entered: 12/19/2017) |
| 12/21/2017 | 43 | Minute Entry for proceedings held before Judge Lance M Africk: Sentencing held on 12/21/2017 for Christopher Karl Roberts (1), Count(s) 1, Dismissed 12/21/2017.; Count(s) 2, Sentenced 12/21/2017. (Court Reporter Mary Thompson.) (blg) (Entered: 12/21/2017) |
| 12/21/2017 | 44 | JUDGMENT as to Christopher Karl Roberts (1), Count(s) 1, Dismissed 12/21/2017.; Count(s) 2, Sentenced 12/21/2017. Signed by Judge Lance M Africk on 12/21/2017. (blg) (Entered: 12/21/2017) |
| 01/16/2018 | 45 | EXPARTE/CONSENT MOTION to Travel by Christopher Karl Roberts. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Schwabe, Gary) (Entered: 01/16/2018) |
| 01/16/2018 | 46 | ORDER granting 45 Motion to Travel as to Christopher Karl Roberts (1). Signed by Judge Lance M Africk on 1/16/2018. (blg) (Entered: 01/16/2018) |
| 02/09/2018 | 47 | EXPARTE/CONSENT MOTION and ORDER to Modify Conditions of Release by US Probation as to Christopher Karl Roberts. (cms) (Entered: 02/12/2018) |
| 02/09/2018 | 48 | TEXT ORDER re 47 Motion to Modify Conditions of Release as to Christopher Karl Roberts (1). Signed by Judge Lance M Africk on 2/7/2018. (cms) (Entered: 02/14/2018) |
| 03/06/2018 | 51 | EXPARTE/CONSENT MOTION to Substitute Attorney by USA as to Christopher Karl Roberts. (Attachments: # 1 Proposed Order)(Nguyen, Mimi) (Entered: 03/06/2018) |
| 03/07/2018 | 52 | ORDER granting 51 Motion to Substitute Attorney. Dall Kammer for USA replacing Mimi Tuong Nguyen as to Christopher Karl Roberts (1). Signed by Judge Lance M Africk on 3/7/2018. (blg) (Entered: 03/07/2018) |
| 03/14/2018 | 53 | Minute Entry for proceedings held before Magistrate Judge Daniel E. Knowles, III: Initial Appearance re Revocation of Probation as to Christopher Karl Roberts held on 3/14/2018. Defendant released on bond. Status Hearing set for 3/22/2018 02:00 PM before Judge Lance M Africk. (Court Reporter Magistrate Clerical.) (blg) (Entered: 03/14/2018) |
| 03/14/2018 | 54 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Christopher Karl Roberts. Signed by Magistrate Judge Daniel E. Knowles, III on 3/14/2018. (blg) Modified on 3/20/2018 (blg). (Entered: 03/14/2018) |
| 03/14/2018 | 55 | CJA 23 Financial Affidavit by Christopher Karl Roberts. (blg) (Entered: 03/14/2018) |
| 03/14/2018 | 56 | Unsecured Bond Set & Executed as to Christopher Karl Roberts in amount of $ 5,000.00. Defendant released on bond. (blg) (Entered: 03/14/2018) |
| 03/14/2018 | 57 | ORDER Setting Conditions of Release as to Christopher Karl Roberts (1). Signed by Magistrate Judge Daniel E. Knowles, III on 3/14/2018. (blg) Modified on 3/20/2018 (blg). (Entered: 03/14/2018) |
| 03/14/2018 | 58 | NOTICE OF HEARING as to Christopher Karl Roberts. Status Hearing set for 3/22/2018 02:00 PM before Judge Lance M Africk. (blg) (Entered: 03/14/2018) |
| 03/22/2018 | 59 | Minute Entry for proceedings held before Judge Lance M Africk:Status Hearing re violation of probation as to Christopher Karl Roberts held on 3/22/2018. ORDERED |

|  |  | the defendant's terms of supervision are modified as stated herein. (Court Reporter Sandy Minutillo.) (blg) (Entered: 03/22/2018) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/11/2018 13:50:27 ||||
| **PACER Login:** | lm6285:4218557:4215175 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cr-00113-LMA-MBN |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

AO 91 (Rev. 11/11)  Criminal Complaint                                                    m. nguyen, Aus/7

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>**Christopher Karl ROBERTS**<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         17-056 MAG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/25/16, 2/18/16, 2/19/16, 2/21/16__ in the parish of _____Tangipahoa_____ in the _____Eastern_____ District of _____Louisiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49 U.S.C. §§ 46306(b)(7) and 46317(a)(1) | Knowingly and willfully serves or attempts to serve in any capacity as an airman without an airman's certificate authorizing the individual to serve in that capacity. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

*[signature]*
Complainant's signature

Special Agent Martin L. Smith, AIA
Printed name and title

Sworn to before me and signed in my presence.

Date: __5/18/2017__

*[signature]*
Judge's signature

City and state: _____New Orleans, Louisiana_____

Joseph C. Wilkinson, Jr., U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am an Air Interdiction Agent (AIA) with the United States Customs and Border Protection (CBP), Air and Marine Operations (OAM), Department of Homeland Security, employed in such capacity since 2007. I am currently assigned to the New Orleans Special Agent-in-Charge (SAC) Office, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Border Enforcement Security Taskforce (BEST) / High Intensity Drug Trafficking Area (HIDTA), located at the Hammond Northshore Regional Airport (HDC) in Hammond, Louisiana. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests, for offenses enumerated in 18 U.S.C. § 2516.

2. This affidavit contains information necessary to support probable cause for the Criminal Complaint. This affidavit is not intended to include each and every fact and matter observed by me or known by the government. The facts and information contained in this affidavit are based on my training and experience as a CBP AIA, my participation in this investigation, my personal knowledge, my conversations with other law enforcement agents, and observations I have made during the course of this investigation.

3. On September 10, 2009 the Federal Aviation Administration (FAA) issued Christopher Karl ROBERTS ("ROBERTS") an Emergency Order of Revocation. Under 49 U.S.C. § 46105(c), the administrator determined that an emergency existed related to safety in air commerce and therefore immediately revoked ROBERTS's airman's

certificates, which are required to pilot an aircraft, pursuant to 14 C.F.R. § 61.3, et seq. The FAA has not issued an airman's certificate to ROBERTS since that date.

4. On December 15, 2015, ROBERTS landed at the Lake Charles Airport (KLCH). After landing, an airman's certificate inspection was conducted by Lake Charles Regional Airport Public Safety Chief and Calcasieu Parish Deputy Sheriff Chad Primeaux. ROBERTS provided his Federal Aviation Administration (FAA) airman's certificate and FAA medical certificate to Deputy Primeaux. Copies of all documents were made and forwarded to the FAA for inspection. After further investigation, it was determined that the airman's certificate presented by ROBERTS was forged and the medical certificate presented by ROBERTS was invalid. The FAA verified that ROBERTS' airman's certificate had been revoked since 2009.

5. On January 25, 2016, ROBERTS landed at Hammond Northshore Regional Airport (KHDC) while piloting Cessna 421 N844CK without an FAA airman's certificate or an FAA medical certificate. That flight originally departed from Dunbar, Pennsylvania, and arrived in Cookville, Tennessee, before departing there and arriving at KHDC, all occurring on January 25, 2016. This flight was conducted under instrument flight rules (IFR) including an IFR flight plan filed with the FAA. ROBERTS was parked by an employee of the Top Gun fixed base operation (FBO) and witnessed leaving the parking lot alone by AIA Martin L. Smith.

6. On February 18, 2016, ROBERTS piloted a Piper Seneca N810JP, owned by Frater Meus LLC of Lake Charles, Louisiana, alone and with no passengers. He landed at the Hammond Northshore Regional Airport (KHDC) at approximately 1 p.m. and was

2

parked at the Top Gun FBO by an employee. ROBERTS indicated that he would be back the following afternoon to depart in the same aircraft and would need fuel.

7. On February 19, 2016, at approximately 8 a.m., ROBERTS arrived at Top Gun FBO. According to employees of Top Gun, ROBERTS boarded Seneca N810JP alone and departed for the Baton Rouge airport (KBTR) under the call sign Dotcom 2556. After contacting the tower, AIA Smith verified that Dotcom 2556 was flying to KBTR. AIA Smith, along with two HSI Special Agents, boarded a CBP Air & Marine helicopter and flew to KBTR. After arriving over the KBTR airport, AIA Smith, who was also acting as the aircraft sensor operator, located Dotcom 2556 and started video surveillance using the helicopter's externally mounted camera system. Dotcom 2556 was captured by video surveillance taking off and returning back and landing at the same airport. After shutting down the engines, ROBERTS exited the aircraft with an unidentified female passenger and walked inside a hanger. ROBERTS was later observed by AIA Smith, SA Hollingsworth and SA Wall, on the ground and at close range, preparing the same aircraft for another flight.

8. On February 21, 2016, at approximately 4 p.m., AIA Smith observed ROBERTS at the Top Gun FBO at KHDC. ROBERTS was captured on video surveillance, conducting a preflight inspection of Piper Seneca N810JP and subsequently departing as the sole occupant and pilot in command of N810JP, using the call sign Dotcom 2556.

9. On May 17, 2017, CBP's Advance Passenger Information System (APIS) contained a record listing ROBERTS as the pilot in command of an outbound private flight (N5495J) scheduled to depart New Orleans International Airport and arrive at the

3

Sarasota/Bradenton International Airport in Florida on May 17, 2017. That flight (N5495J) was thereafter going to depart from Sarasota/Bradenton International Airport to the Bahamas on the same date. CBP also learned that an inbound private flight (N5495J) was scheduled to depart from Nassau, Bahamas to Fort Lauderdale Executive (FXE) in Fort Lauderdale, Florida on May 18, 2017. On May 18, 2017, CBP confirmed that N5495J, piloted by ROBERTS, was scheduled to continue flying from FXE to Apalachicola, Florida and continue to the flight's destination in New Orleans, Louisiana.

10. ROBERTS has been unable to legally operate an aircraft since the emergency revocation of his certificates by the FAA in 2009. Therefore, the flights piloted by ROBERTS that occurred between 2009 and the present would be done so in violation of 49 U.S.C. § 46306, which makes it unlawful to pilot an aircraft not providing air transportation without an airman's certificate, and 49 U.S.C. § 46317(a)(1), which makes it unlawful to pilot an aircraft operating in air transportation without an airman's certificate. "Air transportation" means foreign air transportation, interstate air transportation, or the transportation of mail by aircraft. 49 U.S.C. § 40102(a)(5).

11. This affidavit is submitted in support of a Criminal Complaint charging Christopher Karl ROBERTS, with violating Title 49 U.S.C. §§ 46306(b)(7) and 46317(a)(1).

12. Based on the foregoing, your Affiant believes that Probable Cause exists that ROBERTS piloted an aircraft without a valid airman's certificate, in violation of 49 U.S.C. §§ 46306 (b)(7) and 46317(a)(1). Your Affiant also prays that the Court will issue an arrest warrant for ROBERTS for said violations.

_____
Martin L. Smith
Air Interdiction Agent
Air and Marine Operations

Sworn to me before and subscribed in my presence,

at   4:15   p.m., this 18th day of May, 2017

_____
HONORABLE JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

5

# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 17-056 MAG **Complaint/Warrant from Other District**

**Defendant:** Christopher Roberts

**Violation:** Registration Violations involving air-craft.

49 USC 46306(b)(7)

**U.S. Attorney:** Mimi Nguyen

**Interpreter Needed?**    Yes        No

**Court Date and Time:** _____

**Before Magistrate Judge:** _____

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

UNITED STATES OF AMERICA
v.
CHRISTOPHER KARL ROBERTS

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 17-113 "I"

USM Number: 16071-104

Gary V. Schwabe, Jr.
Defendant's Attorney

**THE DEFENDANT:**

✓ pleaded guilty to count    2 of the Bill of Information on August 10, 2017.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 49 U.S.C. § 46317(a)(1) | Operating as an airman without an airman's certificate. | 2 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

✓ Count(s)   1 of the Bill of Information    ✓ is    ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 21, 2017
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Lance M. Africk, United States District Judge
Name and Title of Judge

December 21, 2017
Date

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
          Sheet 4—Probation

Judgment—Page 2 of 4

DEFENDANT: CHRISTOPHER KARL ROBERTS
CASE NUMBER: 17-113 "I"

## PROBATION

The defendant is hereby sentenced to probation for a term of :

60 months.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

✓ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

✓ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 4C — Probation

Judgment—Page 3 of 4

DEFENDANT:      CHRISTOPHER KARL ROBERTS
CASE NUMBER:    17-113 "I"

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall be placed on home detention, and monitored by radio frequency, for a period of 6 months, to commence immediately. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the United States Probation Officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device, and shall observe the rules specified by the United States Probation Office. The defendant shall contribute to the cost of this program to the extent that the defendant is deemed capable by the United States Probation Officer.

2) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earning Statements, and other documentation requested by the United States Probation Officer. If unemployed, the defendant shall participate in employment readiness programs, as approved by the probation officer.

3) The defendant shall participate in a program of testing and/or treatment for alcohol abuse, which may include breath and urine testing and residential treatment, as directed by the United States Probation Officer. The defendant shall contribute to the cost of such treatment to the extent the defendant is deemed capable by the United States Probation Officer.

4) As directed by the probation officer the defendant shall participate in an approved cognitive behavioral therapeutic treatment program and abide by all supplemental conditions of treatment. The defendant shall contribute to the cost of this program to the extent that the defendant is deemed capable by the United States Probation Officer.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page  4  of  4

DEFENDANT:       CHRISTOPHER KARL ROBERTS
CASE NUMBER:     17-113 "I"

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

✓ The Court finds that the defendant is not able to pay a fine. Accordingly, no fine shall be imposed.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|---------------|----------|-----------------|
| **TOTALS** | $ 100.00 | $ 0 | $ 0 |

✓ **The special assessment is due immediately.**

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

**Name of Payee**                                                                   **Restitution Ordered**

**TOTALS**          $ _____          $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.